**PRINDLE, AMARO, GOETZ,**
**HILLYARD, BARNES & REINHOLTZ LLP**
Jack R. Reinholtz, Esq. (Bar No. 149884)
Nicholas Paulos, Esq. (Bar No. 161809)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
jreinholtz@prindlelaw.com
npaulos@prindlelaw.com
ADMR 1218

Attorneys for Defendant/Cross-Complainant
BERRY GENERAL ENGINEERING CONTRACTORS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BERRY GENERAL ENGINEERING CONTRACTORS, INC., a California corporation; and MENDEZ CONCRETE, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | CASE NO. CV09-1250 GAF (Ex)<br><br>**STIPULATION FOR PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT; AND [PROPOSED] ORDER THERETO**<br><br>(Case assigned to Judge Gary Allen Feess)<br><br>Action Filed: February 20, 2009<br>Trial Date: March 9, 2010 |

///
///
///
///
///
///

1
STIPULATION FOR PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT; AND [PROPOSED] ORDER THERETO

**TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD HEREIN:**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties Plaintiff, United States of America ("USA"); Mendez Concrete, Inc. ("MENDEZ"); and Berry General Engineering Contractors, Inc. ("BERRY"), as follows:

1. that USA will withdraw its Request for Production of Documents, Set One, No. (1) seeking production for all of BERRY's federal tax returns for the tax years 2004, 2005, 2006, 2007 and 2008; and No. (2) seeking production for all of BERRY's state tax returns for the tax years 2004, 2005, 2006, 2007 and 2008;

2. that BERRY is to informally produce to USA's counsel for review copies of BERRY's state and federal tax returns forth the tax years 2004, 2005, 2006, 2007 and 2008 ("Tax Returns"), and 2009 financial documents ("Financial Documents") pursuant to the request made during the last parties' mediation conference;

3. that the Tax Returns and Financial Documents and their contents and the information disclosed therein are to be kept in strict confidence and are intended to be used solely by USA and its counsel for mediation and settlement purposes;

4. that the Tax Returns and Financial Documents and their contents and the information disclosed therein will not be used at the time of trial, law and motion or any other proceeding and shall not be made available to any witness, consultant, expert, attorney or party in this litigation other than USA and its counsel;

5. that the Tax Returns and Financial Documents and their contents and the information disclosed therein shall be used solely to evaluate an ability to pay on behalf of BERRY as requested by counsel for USA;

6. that this agreement shall survive the final termination of this action to the extent of all tax and financial information provided by BERRY hereunder so that such tax and financial information does not become known to any persons other than USA and its counsel, and the court shall retain jurisdiction for resolving any dispute concerning the use of the tax and financial information disclosed hereunder;

7. that upon termination of this case, USA and its counsel shall assemble and return to BERRY's counsel all documents produced under this agreement, and all copies thereof, or shall certify to BERRY's counsel that all such documents and copies have been destroyed.

**IT IS HEREBY STIPULATED AND AGREED:**

DATED: October 22 2009

By: _____
JONATHAN B. KLINCK
ASSIT. UNITED STATES ATTORNEYS
for Plaintiff,
UNITED STATES OF AMERICA

**IT IS HEREBY STIPULATED AND AGREED:**

DATED: October 26 2009

PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP

By: _____
NICHOLAS PAULOS
Attorneys for Defendant/Cross-
Complainant, BERRY GENERAL
ENGINEERING CONTRACTORS, INC.

**IT IS HEREBY STIPULATED AND AGREED:**

DATED: October 26 2009

BROWN, BROWN & KLASS

By: _____
WILIAM KEITEL
Attorneys for Defendant/Cross-Defendant,
MENDEZ CONCRETE, INC.

**ORDER**

**IT IS HEREBY ORDERED:**

DATED: 10/27/09

By: _____
~~Judge Gary Allen Feess~~
United States Magistrate Judge

---

3

STIPULATION FOR PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT; AND [PROPOSED] ORDER THERETO